IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RICHARD SINCERE,<br><br>        *Plaintiff,*<br><br>  v.<br><br>BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, ET AL.,<br><br>        *Defendants.* | CASE NO. 3:11-cv-00038<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court upon the Joint Stipulation Concerning Response to Complaint (docket no. 7).

  Upon consideration of the filing, the joint stipulation is hereby GRANTED and its terms are hereby incorporated into this order. As set forth in the joint stipulation, Defendants' deadline to respond to the complaint in this action shall be CONTINUED until twenty-one (21) days after the Court enters an order deciding Plaintiff's forthcoming motion to remand.

  The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record.

  It is so ORDERED.

  Entered this \_\_10th\_\_ day of June, 2011.

                  */s/ Norman K. Moon*
                  NORMAN K. MOON
                  UNITED STATES DISTRICT JUDGE